IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.                                                          Case Number 3:16cr24/MCR

DOUGLAS J. PLATE
_____/

### FACTUAL BASIS FOR GUILTY PLEA

The defendant admits that if this case were to proceed to trial, the government could prove the following facts.

Insider threat behavior was identified by the United States Air Force (USAF) at the Intelligence Squad of Hurlburt Field on or about December 2, 2015. This threat demonstrated that Douglas Plate, who worked in a sensitive facility as a federal employee [~~civilian contractor~~] and had top secret security clearance, was searching Google and Yahoo! Images for pornography at his work station.[1] Some of these images appeared to be of minors. Internet logs were reviewed by USAF Office of Special Investigations (OSI) agents, and there were multiple websites/images involving sexualized minor females.

On December 12, 2015, law enforcement entered the defendant's work station (off hours) and imaged his Hewlett Packard Compaq work computer on Hurlburt

---

[1] Just as one can search Google and Yahoo! for text documents in a search engine, there are separate search engines for "Images."

1

Field. A forensic review of said work computer revealed a significant amount of accessed pornography. This included images that were minor females in sexually suggestive postures (meeting the definition of prepubescent child pornography). The defendant accessed such images between June 1, 2015, and December 31, 2015. Moreover, the forensic review revealed search terms utilized by the defendant. These terms included words in Malaysian that denote a search for young/underage females. It appeared as if the defendant was attempting to surreptitiously search using a foreign language in an effort to avoid detection.

On January 29, 2016, OSI asked the defendant to its office for an interview. The defendant, though not in custody, was advised of his rights orally and in writing. He waived said rights. During the interview, the defendant admitted to searching for pornography for several hours a day at work. Additionally, he admitted using foreign language terms to avoid detection. The defendant conceded that some of the sexualized images he accessed appeared to be of 15-16 year old females (the agents confronted the defendant with printed copies of the images; he signed many of them in recognition of his viewing of them). At that point, the defendant consented to the search of his laptop located at his residence. As he is a civilian, this was not on base and it had to be retrieved in Navarre, Florida.

A forensic examination of the defendant's personal Acer Aspire One laptop computer, pursuant to oral and written consent, revealed both access to child

pornography as well as confirming search terms. This included Google search terms such as "young girl pussy," "young asian nude," and "arab girl forced." This also included Yahoo! search terms such as "16yo pussy," "asian 15yo," "latina schoolgirl swallow," "young girl squirt," and "young pussy." The defendant received and accessed such child pornography between August 1, 2014, and December 31, 2015.

On February 11, 2016, the defendant was re-interviewed by OSI. He was again advised of his rights even though the interview was non-custodial. The defendant admitted he was attracted to teenage females when confronted with the new forensic evidence. He also admitted to searching for images of nude 15 - 16 year old females online. The defendant initialed printed versions of his inculpatory search terms in recognition of using said terms.

In sum, the defendant concedes:  (a) logs showing the defendant searching for pornography in a sensitive facility sometimes utilizing child related terms, (b) work station forensics revealing access to such child related material, (c) two post *Miranda* admissions regarding his inclination for minor females, and (d) personal laptop forensics confirming same with both search terms and received child pornography images.

As the defendant received and accessed images via the internet, said images traveled in interstate or foreign commerce.

## Elements of the Offense

Eleventh Circuit Pattern Jury Instructions (2015) - Criminal, Offense Instr. No. 83.4A has been reviewed by the defendant along with his attorney.

|  |  |
|---|---|
|  | CHRISTOPHER P. CANOVA<br>United States Attorney |
| *Randall Lockhart*<br>RANDALL S. LOCKHART<br>Assistant Federal Public Defender<br>Michigan Bar No. P58597<br>3 West Garden Street, Suite 200<br>Pensacola, Florida 32502<br>(850) 432-1418 | *David Goldberg*<br>DAVID L. GOLDBERG<br>Assistant U.S. Attorney<br>Northern District of Florida<br>Member of the Maryland Bar<br>21 East Garden Street, Suite 400<br>Pensacola, Florida 32502<br>(850) 444-4000 |
| 4-28-16<br>Date | 5/2/16<br>Date |
| *Douglas J. Plate*<br>DOUGLAS J. PLATE<br>Defendant |  |
| 4-29-16<br>Date |  |

4